# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## EASTERN DISTRICT OF TEXAS

DAVID J. MALAND
Clerk

Jack Brooks Federal Building
300 Willow, Room 104
Beaumont, TX 77701

April 8, 2015

*RECEIVED APR 17 2015 CLERK U.S. DISTRICT COURT EASTERN DIST. OF TEXAS BEAUMONT, TEXAS*

FILED
at _____ o'clock ____ M
APR 1 4 2015
DONNA G. BROWN
Clerk, District Court, Liberty, TX
BY_____ DEPUTY

Clerk of Court
253rd Judicial District Court
1923 Sam Houston, Room 115
Liberty, TX 77575

In Re:  1:15cv57 (formerly CV-1408743) Sam Rayburn Municipal Power Agency
vs. Ralph J. Gillis, et al

Dear Clerk:

Pursuant to the order remanding this cause of action to your court, we are transmitting certified copies of the remand order and docket sheet.

We would appreciate you acknowledging receipt of these documents on the copy of this letter and returning it to this office.

Sincerely,

DAVID J. MALAND, CLERK

By: __Tiffany Doyen__
       Deputy Clerk

Enclosures

Received items described above on this _14th_ day of _April_, 2015.

By: __Frances Keaton, Deputy__
       Clerk of Court -- Name and Title